

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00473-CV

**IN THE INTEREST OF Z.I.E.C.H. AND L.J.C.H.--C,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01727
The Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record in this case was originally due November 8, 2021, but was not filed. On November 10, 2021, this court notified the court reporter that the reporter's record was late and directed the court reporter to either: (1) file a Notification of Late Record within five days or (2) file the reporter's record within ten days.

On November 22, 2021, the court reporter filed a notification of late record, requesting an extension of time until December 1, 2021 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record by **December 1, 2021**. **Further requests for extensions of time will be disfavored.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court